# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

137442
& (72)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAUREL A. KENDALL,
      Plaintiff-Appellant,

v

SC: 137442
COA: 277330
Eaton CC: 07-000019-AS

STATE BAR OF MICHIGAN and
THOMAS M. COOLEY LAW SCHOOL,
      Defendants-Appellees,
and

KAREN S. KIENBAUM &
ASSOCIATES and WAYNE STATE
UNIVERSITY LAW SCHOOL,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the August 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk